1  Daniel K. Calisher (State Bar No. 181821)
   calisher@fostergraham.com
2  Christopher P. Carrington (*To Be Filed*)
   ccarrington@fostergraham.com
3  Julia R. Harvey (*To Be Filed*)
   jharvey@fostergraham.com
4  FOSTER GRAHAM MILSTEIN & CALISHER LLP
   621 Seventeenth Street, 19th Floor
5  Denver, Colorado 80293
   Telephone: (303) 333-9810
6  Facsimile: (303) 333-9786

7  Michael A. Rollin (State Bar No. 251557)
   mrollin@rplaw.com
8  REILLY POZNER LLP
   10833 Wilshire Boulevard, Unit 604
9  Los Angeles, California 90024
   Telephone: (310) 425-0922
10 Facsimile: (303) 893-6110

11 Attorneys for Plaintiff
   LEHMAN BROTHERS HOLDINGS, INC.

FILED
2009 MAY 29 AM 10:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEHMAN BROTHERS HOLDINGS, INC.

Plaintiff,

vs.

PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.

Defendant.

CASE NO. CV09-3829 RGK AJWx

**COMPLAINT**

1) BREACH OF CONTRACT
2) BREACH OF EXPRESS WARRANTY
3) BREACH OF CONTRACT – INDEMNIFICATION AGREEMENT
4) BREACH OF CONTRACT - SPECIFIC PERFORMANCE

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI"), by and through its undersigned counsel, and for its claims for relief and/or causes of action against defendant PMC Bancorp f/k/a Professional Mortgage Corp. ("PMC"), hereby and states and alleges as follows:

## NATURE OF ACTION

1.   Lehman Brothers Bank, FSB ("LBB," and collectively with LBHI, "Lehman")

purchased a number of residential mortgage loans from PMC pursuant to one or more written contracts. LBB subsequently assigned its rights under those contracts to LBHI. With respect to certain mortgage loans, PMC breached one or more of its agreements, representations, warranties and/or covenants set forth in the contract(s). By this action, LBHI seeks specific performance of the contract(s) via repurchase of the subject loans or, alternatively, seeks to recover losses resulting from PMC's breach of contract and/or warranty, or otherwise arising from or relating to the subject mortgage loans.

## PARTIES

2. LBHI is a Delaware corporation with its principal place of business in New York.

3. Upon information and belief, PMC is a California corporation, with a principal place of business in City of Industry, California.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between LBHI and PMC, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because PMC resides in City of Industry, California.

## FACTUAL ALLEGATIONS

6. At all times relevant hereto, Lehman engaged in the purchase and sale of mortgage loans.

7. At all times relevant hereto, PMC engaged in mortgage lending, as well as the sale of mortgage loans on the secondary mortgage market to investors such as Lehman.

8. On or about March 25, 2004, PMC entered into a written Loan Purchase Agreement with LBB ("Agreement").

9. The Agreement specifically incorporated the terms and conditions of the Seller's Guide ("Seller's Guide") of Aurora Loan Services LLC ("Aurora"), LBB's wholly-owned subsidiary, which sets forth additional duties and obligations of PMC.

10. The Agreement and Seller's Guide constitute a valid and enforceable contract that is binding upon PMC.

11. The Agreement and Seller's Guide set forth the duties and obligations of the parties with respect to the purchase and sale of the subject mortgage loans, including but not limited to the following: (a) purchase price; (b) delivery of the loans and attendant documentation; (c) examination of loan files; (d) underwriting; (e) representations and warranties concerning the individual loans; and (f) remedies for breach.

12. PMC sold a number of mortgage loans to LBB under the Agreement and Seller's Guide, including the certain mortgage loans as set forth on **Exhibit A** hereto, which is incorporated by this reference as though fully set forth herein.

13. Subsequent to such sales, LBB assigned all of its rights and remedies under the Agreement and Seller's Guide with respect to the subject mortgage loans to LBHI.

14. On August 15, 2007, PMC entered into an Indemnification Agreement ("Indemnification Agreement") regarding Loan Nos. ****8454 and ****0794.

15. In the Indemnification Agreement, PMC confessed liability regarding Loan Nos. ****8454 and ****0794, formally surrendered the exclusive right to liquidate the property securing the loan, and agreed to pay certain damages.

### Breach Of Representations, Warranties And/Or Covenants

16. With respect to each of the subject mortgage loans, PMC made a number of representations, warranties, and/or covenants concerning the loans, including but not limited to: (a) the validity of all mortgage loan documentation; (b) the accuracy of all information regarding

3

COMPLAINT

borrower identity, income, employment, credit, debt, assets, and liabilities used in making the decision to originate the mortgage loans; (c) occupancy by the borrower of the property securing the mortgage loans; (d) the ownership, nature, condition, and value of the real property securing the mortgage loans; (e) the absence of early payment defaults; (f) the absence of straw purchaser transactions; (g) conformance of the mortgage loans with applicable underwriting guidelines and loan program requirements; and (h) its obligation to repurchase the loan in the event of a breach of any representation, warranty, and/or covenant, including an early payment default(s).

17. PMC also represented and/or warranted that no error, omission, misrepresentation, negligence, fraud, or similar occurrence took place with respect to the mortgage loans by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

18. PMC further represented and/or warranted that it had the ability to perform its obligations, and satisfy all requirements of, the Agreement and Seller's Guide.

19. Lehman ultimately discovered one or more material defects in the subject loans, and further discovered that PMC had breached one or more of its representations, warranties and/or covenants under the Agreement and/or Seller's Guide.

20. Lehman provided PMC with written notice of PMC's breach of the representations and/or warranties with respect to the subject loans.

21. PMC has refused or otherwise failed to comply with its obligations under the Agreement and Seller's Guide regarding the subject loans.

### Early Payment Defaults

22. The Agreement and Seller's Guide further specify that LBHI may demand that PMC repurchase, and that PMC shall repurchase, mortgage loans that become Early Payment Defaults.

23. A loan becomes an Early Payment Default under the Agreement and Seller's Guide in one of two ways. For loans prior-approved by the purchaser, the loan becomes an Early Payment Default if the borrower fails to make the first monthly payment due within 30 days of the payment's due date. For loans purchased pursuant to the seller's delegated underwriting authority, eligible for delegated underwriting or purchased in bulk transactions, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment due within 30 days of each such monthly payment's respective due date.

24. PMC received delegated underwriting authority before it sold the subject loans.

25. Certain loans that LBB purchased from PMC became Early Payment Defaults. Specifically, with respect to loans as set forth on **Exhibit A** hereto, the borrower failed to make the first and/or second payment within 30 days of the due dates for those payments.

26. LBHI provided PMC with written notice concerning the Early Payment Defaults and demanded that PMC repurchase those mortgage loans.

27. PMC has refused or otherwise failed to repurchase the mortgage loans or otherwise comply with its obligations under the Agreement and Seller's Guide with respect to the subject Early Payment Default loans.

28. LBHI, as well as its predecessors and agents, have substantially performed all of their respective obligations under the Agreement and Seller's Guide.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

29. LBHI incorporates the foregoing allegations as though fully set forth herein.

30. As set forth herein, PMC has breached the Agreement and Seller's Guide by: (a) breaching one or more of its agreements, representations, warranties, and/or covenants; (b) refusing or otherwise failing to repurchase the subject mortgage loans; and/or (c) refusing to pay

5
COMPLAINT

LBHI for losses suffered arising from or relating to the subject mortgage loans.

31. PMC's breaches of the Agreement and Seller's Guide have resulted in actual and consequential damages in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

(Breach of Express Warranty)

32. LBHI incorporates the foregoing allegations as though fully set forth herein.

33. PMC made a number of express warranties with respect to material facts concerning the loans, including but not limited to the warranties described above.

34. The warranties contained in the Agreement and Seller's Guide were an essential part of the bargain between LBB and PMC.

34. PMC breached the warranties for the loans as set forth on **Exhibit A** hereto.

35. LBHI provided PMC with written notice concerning PMC's breaches of the express warranties.

36. PMC has refused or otherwise failed to remedy or compensate LBHI for PMC's breaches of one or more express warranties.

37. As a result of PMC's breach of one or more express warranties contained in the Agreement and/or Seller's Guide, LBHI has sustained actual and consequential damages in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF

(Breach of Contract—Indemnification Agreement)

38. LBHI incorporates the foregoing allegations as though fully set forth herein.

39. The Indemnification Agreement constitutes a valid and enforceable contract that is binding upon PMC.

40. PMC has liability under the Indemnification Agreement for Loan Nos. ****8454

6

and \*\*\*\*0794 and has agreed to pay certain damages.

41. As a result of the breach of the Indemnification Agreement by PMC, LBHI has sustained actual and consequential damages in an amount to be proven at trial.

## FOURTH CLAIM FOR RELIEF

(Breach of Contract – Specific Performance)

42. LBHI incorporates the foregoing allegations as though fully set forth herein.

43. PMC has breached the Agreement and Seller's Guide by: (a) breaching one or more of its agreements, representations, warranties, and/or covenants; (b) refusing or otherwise failing to repurchase the subject mortgage loans; and/or (c) refusing to pay LBHI for losses suffered arising from or relating to the subject mortgage loans.

44. PMC specifically agreed to the remedy of repurchase (if available relating to a particular mortgage loan, i.e. prior to sale of the underlying real property following foreclosure).

45. Due to the unique and specific nature of the mortgage loans and the underlying real property securing the loans, Plaintiff has no adequate remedy at law for redress of PMC's breaches and its obligation to repurchase loans that have become Early Payment Defaults.

46. Plaintiff is therefore entitled to an Order of this Court requiring specific performance by PMC of its repurchase obligations under the Agreement and Seller's Guide.

## RELIEF REQUESTED

WHEREFORE, LBHI respectfully requests that this Court enter judgment in its favor against PMC as follows:

(a) For all damages and/or losses arising from or relating to PMC's breach of contract, in an amount to be proved at trial;

(b) For all damages and/or losses arising from or relating to PMC's breach of warranties, in an amount to be proven at trial;

7

COMPLAINT

(c) For all damages and/or losses arising from or relating to PMC's breach of the Indemnification Agreement, in an amount to be proven at trial;

(d) For an Order from this Court directing PMC to repurchase those mortgage loans as set forth on **Exhibit A** for which repurchase is available;

(e) For recoverable interest;

(f) For the costs and expenses of suit incurred herein, including, but not limited to, attorney fees, costs, and expert witness expenses; and,

(g) For such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury herein on all issues so triable.

DATED: May 28, 2009

FOSTER GRAHAM
MILSTEIN & CALISHER, LLP

*/s/ Julia K. [signature]*
for Daniel K. Calisher
Christopher P. Carrington
Julia R. Harvey

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS, INC.

*Lehman Brothers Holdings, Inc., v. PMC Bancorp f/k/a Professional Mortgage Corp.*

## Exhibit A

|   | Loan Number | Basis of Claim |
|---|---|---|
| 1. | ****8909 | Early Payment Default |
| 2. | ****8152 | Misrepresentation – First Party Fraud, Income, Employment, Occupancy; and any other discovered breach |
| 3. | ****3065 | Misrepresentation – First Party Fraud, Income, Employment, Occupancy; and any other discovered breach |
| 4. | ****7170 | Misrepresentation – Income, Employment, Assets; and any other discovered breach |
| 5. | ****3193 | Misrepresentation – Debts; and any other discovered breach |
| 6. | ****3857 | Misrepresentation – Occupancy; and any other discovered breach |
| 7. | ****8454 | Early Payment Default; and any other discovered breach |
| 8. | ****0794 | Misrepresentation – Debts; and any other discovered breach |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

**CV09- 3829 RGK (AJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

REILLY POZNER LLP
Michael A. Rollin (SBN: 251557)
mrollin@rplaw.com
10833 Wilshire Blvd, Unit 604
Los Angeles, CA 90024
T: (310) 425-0922; F: (303) 893-6110

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>PLAINTIFF(S)<br>v.<br><br>PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-3829 RGK AJWx<br><br>SUMMONS |

TO: DEFENDANT(S): <u>PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTG. ALLIANCE</u>

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Michael A. Rollin</u>, whose address is <u>10833 Wilshire Blvd, Unit 604, Los Angeles, CA 90024</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 29 2009     By: **NATALIE LONGORIA**
                              Deputy Clerk
                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

---

CV-01A (12/07)                       SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

LEHMAN BROTHERS HOLDINGS, INC.

**DEFENDANTS**

PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel K. Calisher (#181821)
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor, Denver, CO 80293   303-333-9810

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No       ☐ **MONEY DEMANDED IN COMPLAINT:** $ In excess of $75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC § 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☒ 190 Other Contract | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: CV09-3829

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Lehman Brothers Holdings, Inc. - New York and Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PMC Bankcorp f/k/a Professional Mortgage Corp. - Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ for Daniel K Calisher _____ Date May 28, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |